IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBRA BAKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-16-CA-0029-FB |
| | § | |
| ERICK GACHUHI WANJIKU and | § | |
| CRETE CARRIER CORPORATION, | § | |
| | § | |
| Defendants. | § | |

# J U D G M E N T

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Joint Motion for Dismissal with Prejudice filed on August 8, 2016 (docket #29), and the Order Granting Joint Motion for Dismissal with Prejudice filed in this case on this date and the Order Granting Motion to Dismiss with Prejudice filed on April 20, 2016 (docket #27);

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims and this case are DISMISSED WITH PREJUDICE with any and all costs associated with the case to be paid as set forth in the respective orders granting the motions to dismiss. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 9th day of August, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE